# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-1547EM

_____

Teresa Watson,                                     *
                                                   *
        Appellant,                        *   On Appeal from the United
                                                   *   States District Court
    v.                                           *   for the Eastern District
                                                   *   of Missouri.
Southwestern Bell Telephone                        *
Company,                                           *   [Not to be Published]
                                                   *
        Appellee.                         *

_____

Submitted:  December 3, 1999

Filed:  December 27, 1999

_____

Before RICHARD S. ARNOLD, BOWMAN, and HANSEN, Circuit Judges.

_____

PER CURIAM.

Teresa Watson appeals from the District Court's[1] adverse grant of summary judgment in her employment discrimination action. After de novo review, see <u>Lynn v. Deaconess Med. Ctr.-W. Campus</u>, 160 F.3d 484, 486 (8th Cir. 1998) (standard of review for summary judgment); <u>Cole v. Control Data Corp.</u>, 947 F.2d 313, 315 (8th Cir. 1991) (standard of review for state claim), we conclude the District Court's

_____

[1]The Honorable Charles A. Shaw, United States District Judge for the Eastern District of Missouri.

judgment was proper for the reasons stated in the Court's thorough opinion. Accordingly, we affirm.  See 8th Cir. Rule 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.